IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

JOSEPH HOPKINS,

        Plaintiff,

   v.

RICK COURSEY, et al.,

        Defendants.

Civil No. 09-834-HO

ORDER

HOGAN. District Judge.

    Plaintiff's Motion to Dismiss Without Prejudice (#16) is allowed. The "without prejudice" provision of the dismissal shall not be construed as tolling or extending the statute of limitations or otherwise affecting any defense that exists as of the date of the dismissal.

    Defendants' Motion to Dismiss (#12) is denied as moot.

    IT IS SO ORDERED.

    DATED this __4th__ day of January, 2010.

                        s/ Michael R. Hogan
                        Michael R. Hogan
                        United States District Judge

1 - ORDER